further pleadings in the courts of Ohio be, and hereby is, denied, in that leave is not required.

IT IS FURTHER ORDERED by the court that appellee's application for appropriate relief be, and hereby is, denied. ˙

**95–1334.** In re Grand Jury. *Washington County,* Nos. 93–CA–09, 93–CA–10 and 93–CA–12. This cause is pending before the court as an appeal from the Court of Appeals for Washington County. Upon consideration of the motion of appellant, Michael Elkins, to expand time for oral argument scheduled for June 4, 1996,

IT IS ORDERED by the court that the motion to expand time for oral argument be, and hereby is, granted, and time is expanded to twenty minutes per side, effective May 29, 1996.

**95–1683.** State v. Busch. *Franklin County,* Nos. 94APC11–1670 and 94APC11–1671. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellee's motion for relief from operation of Supreme Court Rules effective April 1, 1996,

IT IS ORDERED by the court that the motion for relief from operation of Supreme Court Rules effective April 1, 1996 be, and hereby is, denied, effective May 29, 1996.

**95–1893.** State v. Busch. *Franklin County,* Nos. 94APC11–1670 and 94APC11–1671. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellee's motion for relief from operation of Supreme Court Rules effective April 1, 1996,

IT IS ORDERED by the court that the motion for relief from operation of Supreme Court Rules effective April 1, 1996 be, and hereby is, denied, effective May 29, 1996.

## DISCIPLINARY DOCKET

**96–982.** In re Lawlor. On May 1, 1996, and pursuant to Gov.Bar R. V(5)(A)(2), the Secretary of the Board of Commissioners on Grievances and Discipline of the Supreme Court certified to the Supreme Court a certified copy of a judgment entry of a felony conviction against Patrick Martin Lawlor, an attorney licensed to practice law in the state of Ohio.

Upon consideration thereof and pursuant to Gov.Bar R. V(5)(A)(3), it is ordered and decreed that Patrick Martin Lawlor, Attorney Registration No. 0041717, last known business address in Beachwood, Ohio, be, and hereby is, suspended from the practice of law for an interim period, effective as of the date of this entry.

IT IS FURTHER ORDERED that this matter be, and is hereby, referred to the Disciplinary Counsel for investigation and commencement of disciplinary proceedings.

IT IS FURTHER ORDERED that Patrick Martin Lawlor immediately cease and desist from the practice of law in any form and is hereby forbidden to appear on behalf of another before any court, judge, commission, board, administrative agency or other public authority.

IT IS FURTHER ORDERED that, effective immediately, he be forbidden to counsel or advise, or prepare legal instruments for others or in any manner perform legal services for others.

IT IS FURTHER ORDERED that he is hereby divested of each, any and all of the rights, privileges and prerogatives customarily accorded to a member in good standing of the legal profession of Ohio.

IT IS FURTHER ORDERED that, pursuant to Gov.Bar R. X(3)(G), respondent shall complete one credit hour of continuing legal education for each month, or portion of a month of the suspension. As part of the total credit hours of continuing legal education required by Gov.Bar R. X(3)(G), respondent shall complete one credit hour of instruction related to ethics and professional responsibility, including instruction on substance abuse, for each six months, or portion of six months, of the suspension.

IT IS FURTHER ORDERED that respondent shall not be reinstated to the practice of law in Ohio until (1) respondent complies with the requirements for reinstatement set forth in the Supreme Court Rules for the Government of the Bar; (2) respondent complies with this and all other orders issued by this court; (3) respondent complies with the Supreme Court Rules for the Government of the Bar; and (4) this court orders respondent reinstated.